IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM TONY McCROAN,

    Plaintiff,

v.                                      CASE NO. 4:14cv40-RH/CAS

MARGUERITE J. MORGAN,
ADMINISTRATOR, FLORIDA STATE
HOSPITAL,

    Defendant.

_____/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's motion to dismiss, ECF No. 20, is DENIED. The case is

remanded to the magistrate judge for further proceedings.

 SO ORDERED on November 16, 2014.

        <u>s/Robert L. Hinkle    </u>
        United States District Judge